## IVER J. BOYUM v. J. F. JORDAN AND ANOTHER.[1]

October 28, 1921.

No. 22,389.

Leonard Eriksson obtained from the district court for Waseca, Otter Tail county, an order directed to Iver J. Boyum and the Fergus Falls Woolen Mills Company to show cause why attorney's fees amounting to $2,000 less $160 should not be paid to him by plaintiff. The matter was heard by Roeser, J., who made findings and ordered judgment for $3,250. Defendant's motion to dismiss or to grant a new trial was denied. From the judgment entered pursuant to the order for judgment, insofar as it was against him personally, Iver J. Boyum appealed. Reversed unless plaintiff consented within 10 days after remand to a reduction of the judgment to $1,500.

*Charles L. Alexander* and *N. F. Field,* for appellant.
*J. W. Mason* and *Leonard Eriksson,* for respondent.

PER CURIAM.

For reasons stated in the foregoing opinion the judgment appealed from in this cause is reversed and a new trial granted as to all issues in the case, unless plaintiff, within 10 days after the cause is remanded to the court below, shall file a written consent to a reduction of the amount of the judgment to the sum of $1,500. If such consent be filed the judgment will be and is hereby in all things affirmed.